UNITED STATES OF AMERICA,

-against-

MYRON WAGNER

                                      Defendant(s).

-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELECONFERENCE

-CR- ( )( ) 20 MAG 8133

Defendant __MYRON WAGNER__ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or ___ teleconferencing:

_✓_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


__/s/ Myron Wagner by JCM__  
**Defendant's Signature**  
(Judge may obtain verbal consent on Record and Sign for Defendant)

__MYRON WAGNER__  
**Print Defendant's Name**

__[signature]__  
**Defendant's Counsel's Signature**

__KERRY A. LAWRENCE__  
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

__8/4/2020__  
Date

__Judith C. McCarthy__  
U.S. District Judge/U.S. Magistrate Judge