UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

Myron Wagner    20 Mag. 8133

Defendant(s).
------------------------------------------------------------------X

Defendant Myron Wagner hereby voluntarily consents to participate in the following proceeding via  x ☐ videoconferencing  and/xx ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

☒    Substitution of Counsel

/s/ Myron Wagner, electronic signature placed by USMJ Lisa Margaret Smith with permission from the Defendant

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Kerry A. Lawrence_ (signature)
Defendant's Counsel's Signature

Myron Wagner
Print Defendant's Name

Kerry A. Lawrence
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/17/2020
Date

Lisa Margaret Smith
~~U.S. District Judge~~/U.S. Magistrate Judge

_Lisa Margaret Smith_ (signature)